**IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT OF
TEXAS TYLER DIVISION**

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CARINGO, INC., <br><br> Defendant. | Civil Action No. 6:11-cv-00659 (LED) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff PersonalWeb Technologies, LLC and Defendant Caringo, Inc., have reached an amicable settlement of the disputes raised in this action.

PersonalWeb agrees to dismiss all its claims in this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a), and Defendants agree to dismiss all affirmative defenses and counterclaims in this action without prejudice pursuant to Federal Rules of Civil Procedure 41(a) and 41(c). At a later time, the parties anticipate jointly moving the court to enter a dismissal with prejudice in order to effectuate the terms of the settlement agreement.

Plaintiff Level 3 Communications, LLC, Plaintiff Personalweb and Defendant Caringo acknowledge that Level 3 has made no claims against Defendant Caringo, Inc. in the above-captioned action.

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and among Plaintiffs PersonalWeb Technologies LLC and Level 3 Communications LLC and Defendant Caringo, Inc., that all claims, affirmative defenses and counterclaims in the above- captioned action shall, in accordance with the following Order of Dismissal, be dismissed without prejudice and that each party shall bear its own costs, expenses and attorneys' fees.

870297

So Stipulated

Dated: March 13, 2013	Respectfully submitted,

*/s/ Samuel F. Baxter*
**McKOOL SMITH, P.C.**
Samuel F. Baxter
*Lead Attorney*
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
McKool Smith, P.C.
104 East Houston Street, Suite 300
Marshall, Texas  75670
Telephone: (903) 923-9000
Telecopier: (903) 923-9099

**McKOOL SMITH HENNIGAN, P.C.**
Lawrence M. Hadley
California State Bar No. 157728
lhadley@mckoolsmithhennigan.com
zhall@mckoolsmithhennigan.com
eeffner@mckoolsmithhennigan.com
mgaona@mckoolsmithhennigan.com
865 South Figueroa Street, Suite 2900
Los Angeles, CA  90017
Telephone:  (213) 694-1200
Telecopier:  (213) 694-1234

**ATTORNEYS FOR PLAINTIFF PERSONALWEB TECHNOLOGIES, LLC**

David D. Wier
David.Wier@Level3.com


 */s/ David Wier*
David Wier

**ATTORNEYS FOR PLAINTIFF LEVEL 3 COMMUNICATIONS LLC**

870297

*/s/ Donald Puckett*__
Donald Puckett
Texas Bar No. 24013358
Paul Skiermont
Texas Bar No. 24033073
Rajkumar Vinnakota
Texas Bar No. 24042337
**SKIERMONT PUCKETT LLP**
2200 Ross Avenue, Suite 4800W
Dallas, Texas 75201
(214) 978-6600
(214) 978-6601
donald.puckett@skiermontpuckett.com
paul.skiermont@skiermontpuckett.com
kumar.vinnakota@skiermontpuckett.com

**ATTORNEYS FOR DEFENDANT CARINGO, INC.**

870297

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this March 13, 2013, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                            */s/ Lawrence M. Hadley*
                                            Lawrence M. Hadley